**EXHIBIT 1:** PHOTOGRAPH #1



**EXHIBIT 1:** PHOTOGRAPH #2



**EXHIBIT 1:** PHOTOGRAPH #3



**EXHIBIT 1:** PHOTOGRAPH #4



**EXHIBIT 1:** PHOTOGRAPH #5



**EXHIBIT 1:** PHOTOGRAPH #6



**EXHIBIT 1:** PHOTOGRAPH #7

