**EXHIBIT 2:** INFRINGEMENT #1
URL: https://californialistings.com/2023/06/12/kanye-west-hidden-hills-loss/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://californialistings.com/2023/06/12/kanye-west-hidden-hills-loss/



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://californialistings.com/2023/06/12/kanye-west-hidden-hills-loss/



**EXHIBIT 2:** INFRINGEMENT #4
URL: https://californialistings.com/2023/06/12/kanye-west-hidden-hills-loss/



**EXHIBIT 2:** INFRINGEMENT #5
URL: https://californialistings.com/2023/06/12/kanye-west-hidden-hills-loss/



**EXHIBIT 2:** INFRINGEMENT #6
URL: https://californialistings.com/2023/06/12/kanye-west-hidden-hills-loss/



**EXHIBIT 2:** INFRINGEMENT #7
URL: https://californialistings.com/2023/06/12/kanye-west-hidden-hills-loss/

